IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02784-RPM

SAN JUAN CITIZENS ALLIANCE, INC.,

    Plaintiff,
v.

BUEAU OF LAND MANAGEMENT,

    Defendant.

_____

ORDER FOR HEARING ON DEFENDANT'S MOTIONS TO EXTEND TIME
_____

In this Freedom of Information Act case the defendant has filed motions for extension of time [Doc. 7 & Doc. 16] based in part on the reassignment of the defense of this civil action to Assistant United States Attorney Zeyen J. Wu who asserts in the pending motions that he is overloaded with personal and professional responsibilities. The United States Attorney employs many assistants. The overload of Mr. Wu should not delay proceedings in this matter. Accordingly, it is

ORDERED that on Monday, December 29, 2014, counsel for the parties will be contacted to set a date and time for a hearing on the motions to extend time and Mr. Wu shall inform the United States Attorney John Walsh of the need for this hearing and the need for his personal appearance at the hearing to explain the assignment of this matter within his office.

DATED: December 24th, 2014

                                              BY THE COURT:

                                              s/Richard P. Matsch
                                              _____
                                              Richard P. Matsch, Senior Judge