IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02784-RPM

SAN JUAN CITIZENS ALLIANCE, INC.,

    Plaintiff,

v.

BUEAU OF LAND MANAGEMENT,

    Defendant.

_____

ORDER GRANTING MOTION TO WITHDRAW MOTIONS AND VACATE HEARING
_____

    Upon review of the expedited joint motion to withdraw several motions [Docs. 7, 16, 17, and 18] and vacate the January 7, 2015, hearing [23], it is

    ORDERED that the motion is granted.  It is

    FURTHER ORDERED that the Defendant shall file an answer to the Complaint on or before January 21, 2015.  The Court will set a scheduling conference upon notice of availability of counsel.

    DATED:   January 5th, 2015

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                   Richard P. Matsch, Senior Judge