IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-02784-RPM

SAN JUAN CITIZENS ALLIANCE, INC.,

    Plaintiff,

v.

BUREAU OF LAND MANAGEMENT,

    Defendant.

_____

ORDER VACATING CONFERENCE
_____

    Upon review of the joint motion to vacate the March 23, 2015, conference [Doc. 29], it is

    ORDERED that the motion is granted.

    DATED:   March 19th, 2015

                                    BY THE COURT:

                                    s/Richard P. Matsch
                                    _____
                                    Richard P. Matsch, Senior Judge