**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                    December 3, 2015
Courtroom Deputy:        Robert R. Keech
FTR Technician:          Kathy Terasaki

---

Civil Action No. **14-cv-02784-RPM**            Counsel:

**SAN JUAN CITIZENS ALLIANCE, INC., a**         Travis E. Stills
**Colorado non-profit corporation**,            Allison N. Melton

     Plaintiff,

v.

**BUREAU OF LAND MANAGEMENT, an**               Zeyen J. Wu
**agency of the U.S. Department of Interior**,

     Defendant.

---

### COURTROOM MINUTES

---

**MOTION HEARING:** Defendant's Partial Motion to Dismiss Claims Two and Three of Amended Complaint [ECF Doc. No. 36]

**10:56 a.m.**      **Court in session.**

        Court calls case.

        Appearances of counsel.

        Defendant's Partial Motion to Dismiss Claims Two and Three of Amended Complaint [ECF Doc. No. 36], filed September 8, 2015, is raised for argument.

11:03 a.m.      Argument by defendant by Mr. Wu.

11:07 a.m.      Argument by plaintiff by Mr. Stills.

11:23 a.m.      Argument by defendant by Mr. Wu.

**ORDERED:**   Defendant's Partial Motion to Dismiss Claims Two and Three of Amended Complaint [ECF Doc. No. 36], filed September 8, 2015, is **DENIED.**

**ORDERED:**   Defendant shall file an Answer to Plaintiff's First Amended Complaint by **Friday, January 15, 2016.**

**ORDERED:**   Scheduling conference is set for **Friday, February 12, 2016, at 10:00 a.m., in Courtroom A, 1823 Stout Street, Denver, Colorado.**

**11:35 a.m.**   Court in recess.   **Hearing concluded.**

**Total time:   39 minutes.**